**Bell & Gossett Company et al., appellees, v. Gunner Olson and Eugene H. Kehl, individually and trading as Olson-Kehl Company, not inc., appellants. Gen. No. 32,052.**

Bill for accounting and injunction. Interlocutory order granting temporary injunction. Interlocutory appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard

in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed October 26, 1927. Rehearing denied November 12, 1927.

Henry H. Koven, for appellants. Nicholson, Crandall & Snyder, for appellees; John R. Nicholson and John T. Chadwell, of counsel.

Mr. Justice Holdom delivered the opinion of the court.